No. 93–8038. CLAY v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. ▮

No. 93–8044. TOEGEMANN v. RICH ET AL. Sup. Ct. R. I. Certiorari denied.

No. 93–8046. DINGLE v. CRAWFORD ET AL. Sup. Ct. S. C. Certiorari denied.

No. 93–8048. WILLIAMS v. HAWLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–8051. WHITEHEAD v. BRADLEY UNIVERSITY ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–8054. MANNS v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 93–8057. BRINSON v. GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–8059. SAVICH v. SAVICH. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 93–8060. BROWN v. CITY OF BOISE ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 93–8065. ESTRADA v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–8066. WITCHER v. WITCHER. Super. Ct. Pa. Certiorari denied.

No. 93–8067. ARNEY v. ROBERTS, DEPUTY SECRETARY, KANSAS DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 93–8069. WILLIAMS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–8072. SHELTON v. ESTELLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–8074. CALVENTO v. GARZA, JURE & KING ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.